IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**VIRGIE GRAHAM,**

    **Plaintiff,**

v.                                                             Civil Action No. 5:16-cv-03023
                                                                    (Judge Berger)

**AUTO TRAKK, L.L.C.,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

Plaintiff Virgie Graham ("Plaintiff") and defendant Auto Trakk, LLC ("Auto Trakk"), by their respective counsel, announce to the Court that this matter has been settled and compromised and that all claims that were asserted or could have been asserted by Plaintiff against Auto Trakk have been fully settled and compromised.  Based upon their settlement and compromise, the parties jointly move the Court to dismiss the above-styled case, with prejudice. Further, it is stipulated that the parties shall bear their own costs, including attorneys' fees, related in any way to the above-captioned Case and its dismissal.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this Case shall be, and is hereby, **DISMISSED, WITH PREJUDICE**.  This Case shall be **STRICKEN** and **REMOVED** from the docket of this Court.

The Clerk is hereby **DIRECTED** to send certified copies of this Order upon its entry to counsel of record as set forth below.

Entered this 9th day of November, 2016.

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

*Submitted and Agreed to By:*

*/s/ Jed Nolan*
Ralph C. Young, Esquire
Christopher B. Frost, Esquire
Steven R. Broadwater, Jr., Esquire
Jed R. Nolan, Esquire
Hamilton, Burgess, Young & Pollard, PLLC
PO Box 959
Fayetteville, WV 25840
304.574.2727 (*phone*)
ryoung@hamiltonburgess.com
cfrost@hmailtonburgess.com
sbroadwater@hamiltonburgess.com
jnolan@hamiltonburgess.com
*Counsel for Plaintiff*


*/s/ Angela L. Beblo*
Bruce M. Jacobs (WV State Bar No. 6333)
Nicholas P. Mooney II (WV State Bar No. 7204)
Angela L. Beblo (WV State Bar No. 10345)
Post Office Box 273
Charleston, WV  25321
304.340.3800 (*phone*); 304.340.3801 (*facsimile*)
bjacobs@spilmanlaw.com
nmooney@spilmanlaw.com
abeblo@spilmanlaw.com
*Counsel for Defendant*